IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| PATRICIA C. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-136 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed the above-captioned social security case pursuant to 42 U.S.C. § 405(g) in the Dublin Division of the United States District Court for the Southern District of Georgia. Plaintiff's complaint states that she is a resident of Sandersville, Johnson County, Georgia. (See doc. no. 1, p. 2; doc. no. 1-1, p. 1.) However, Plaintiff's motion to proceed *in forma pauperis* states she is a resident of Wrightsville, Johnson County, Georgia. (Doc. no. 2, p. 5.) § 405(g) provides that an action seeking review of a final decision of the Commissioner of Social Security "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." Wrightsville and Johnson County are located in this Division, however Sandersville is located in the Macon Division of the United States District Court for the Middle District of Georgia. Therefore, it is unclear where Plaintiff resides and, thus, whether this Court has jurisdiction over her complaint. Accordingly, Plaintiff has seven days from the date of this order to amend any documents to clarify Plaintiff's residence so that this Court may assess

whether it has jurisdiction over this action.

SO ORDERED this 24th day of November, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA